UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————— x
Y-GAR CAPITAL LLC,

                    Plaintiff,

vs.

CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, CREDIT SUISSE SECURITIES (USA) LLC, TIDJANE THIAM, DAVID R. MATHERS, JANUS HENDERSON GROUP PLC, JANUS INDEX & CALCULATION SERVICES LLC and JANUS DISTRIBUTOR LLC,

                    Defendants.
———————————————————— x

Civil Action No. 2:19-cv-00695-SJF-SIL

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 01 2019 ★

LONG ISLAND OFFICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Y-GAR Capital LLC, through its undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed without prejudice against the defendants.

DATED: March 29, 2019

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN

/s/ *Samuel H. Rudman*
------
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
BRIAN E. COCHRAN
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
bcochran@rgrdlaw.com

LEEDS BROWN LAW, P.C.
JEFFREY K. BROWN
One Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: 516/873-9550
516/747-5024 (fax)
jbrown@leedsbrownlaw.com

*Attorneys for Plaintiff*

The Clerk of the Court shall close this case.
So Ordered.
4/1/19

s/ Sandra J. Feuerstein
------
U.S.D.J.